IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH L. LENINS, | ) |
| Plaintiff, | ) No. 3:15-cv-00120 |
| v. | ) Senior Judge Haynes |
| DICKSON OPERATOR, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 10) that the parties' joint motion to remand to state court (Docket Entry No. 8) be granted and that this action be remanded to the Circuit Court for the 23rd Judicial District at Dickson County.

No party has filed an objection to the Magistrate Judge's Report and Recommendation. Upon de novo review, the Court **ADOPTS** the Report and Recommendation. The parties' joint motion to remand (Docket Entry No. 8) is **GRANTED** and this action is **REMANDED** to the Circuit Court of Tennessee for the 23rd Judicial District at Dickson County.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of March, 2015.

William J. Haynes, Jr.
Senior United States District Judge